AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.      DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Randy Wollenmann

                                        Plaintiff,

v.

                                        Case No.: 1:26–cv–04959
                                        Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated
Associations Identified on Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice. Status hearing set for 7/15/2026 is stricken. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 6, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-372

**Effective Date of Registration:**
April 17, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:**   Camping for Christmas

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   October 01, 2021
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Randy Wollenmann
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Randy Wollenmann
8105 E. Rockgate Rd., Tucson, AZ, 85750, United States

## Rights and Permissions

**Name:**   Randy Wollenmann
**Email:**   randy@randywollenmann.com
**Address:**   8105 E. Rockgate Rd.
Tucson, AZ 85750 United States

## Certification

**Name:**   David Denholm
**Date:**   April 17, 2024
**Applicant's Tracking Number:**   RW2024041701



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-454

**Effective Date of Registration:**
April 09, 2024
**Registration Decision Date:**
July 21, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Three Nutcrackers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | July 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Randy Wollenmann |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Randy Wollenmann |
| | 8105 E. Rockgate Rd., Tucson, AZ, 85750, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Randy Wollenmann |
| **Email:** | randy@randywollenmann.com |
| **Address:** | 8105 E. Rockgate Rd. |
| | Tucson, AZ 85750 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 09, 2024 |
| **Applicant's Tracking Number:** | RW2024040903 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-452

**Effective Date of Registration:**
April 09, 2024
**Registration Decision Date:**
July 21, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Peaceful Night |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 09, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Randy Wollenmann |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Randy Wollenmann |
| | 8105 E. Rockgate Rd., Tucson, AZ, 85750, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Randy Wollenmann |
| **Email:** | randy@randywollenmann.com |
| **Address:** | 8105 E. Rockgate Rd. |
| | Tucson, AZ 85750 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 09, 2024 |
| **Applicant's Tracking Number:** | RW2024040901 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-453

**Effective Date of Registration:**
April 09, 2024
**Registration Decision Date:**
July 21, 2024

---

## Title

**Title of Work:** Story of Christmas Stained Glass

## Completion/Publication

**Year of Completion:** 1992
**Date of 1st Publication:** October 30, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Randy Wollenmann
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Randy Wollenmann
8105 E. Rockgate Rd., Tucson, AZ, 85750, United States

---

## Rights and Permissions

**Name:** Randy Wollenmann
**Email:** randy@randywollenmann.com
**Address:** 8105 E. Rockgate Rd.
Tucson, AZ 85750 United States

## Certification

**Name:** David Denholm
**Date:** April 09, 2024
**Applicant's Tracking Number:** RW2024040902



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-404-360

**Effective Date of Registration:**
April 09, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Visiting the Manger |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 26, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Randy Wollenmann |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Randy Wollenmann |
| | 8105 E. Rockgate Rd., Tucson, AZ, 85750, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Randy Wollenmann |
| **Email:** | randy@randywollenmann.com |
| **Address:** | 8105 E. Rockgate Rd. |
| | Tucson, AZ 85750 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 09, 2024 |
| **Applicant's Tracking Number:** | RW2024040904 |

Page 1 of 2

